UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-14435 |
| | | CHAPTER 13 |
| LAVON V. MOORE | | |
| | : | JUDGE BURTON PERLMAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916536 | $20.86 |

Creditor(s)
Cincinnati Bell
201 E 4th Street
Cincinnati, Ohio 45202

                                        Respectfully submitted,

                              /s/    Margaret A. Burks, Esq.
                                    Margaret A. Burks, Esq.
                                    Chapter 13 Trustee
                                    Attorney No. OH 0030377

                                    Francis J. DiCesare, Esq.
                                    Staff Attorney
                                    Attorney No. OH 0038798

                                    Karolina F. Perr, Esq.
                                    Staff Attorney
                                    Attorney No. OH 0066193

                                    600 Vine Street, Suite 2200
                                    Cincinnati, OH 45202
                                    (513) 621-4488
                                    (513) 621 2643 (Facsimile)
                                    mburks@cinn13.org - Correspondence only
                                    fdicesare@cinn13.org
                                    kperr@cinn13.org
                                    cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 12, 2010.

                                                /s/     Margaret A. Burks, Esq.
                                                         Margaret A. Burks, Esq.

| | |
|---|---|
| Cincinnati Bell<br>201 E 4th Street<br>Cincinnati, Ohio 45202 | Debtor(s) Counsel<br>JOHN W. ROSE, ESQ.<br>711 PROVIDENT BANK BLDG<br>632 VINE STREET<br>CINCINNATI, OH  45202 |
| Debtor(s)<br>LAVON V. MOORE<br>3303 FELICITY DRIVE<br>CINCINNATI, OH  45211 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |

Cincinnati Bell
221 E 4th Street
ML 347-200
Cincinnati, Ohio 45202

Registry_Deposit_for_Creditor